UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ORDER: Motion granted. The Preliminary and Detention hearings are reset for September 30, 2013, at 1:30 p.m.

*E. Clifton Knowles*
U.S. Magistrate Judge

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | No. 3:06-00110 | |
| | ) | JUDGE KNOWLES | |
| HAROLD DION GREGORY | ) | | |

## MOTION TO CONTINUE PRELIMINARY AND DETENTION HEARINGS

COMES NOW Harold Dion Gregory, through counsel, and respectfully requests that the Court continue the preliminary and detention hearings currently scheduled for Wednesday, September 25, 2013, at 11:30 a.m. (D.E. 64), until the afternoon of Monday, September 30, 2013. Counsel would show that treatment records and additional documents must be obtained through Centerstone. Centerstone requires a special release of records form. This special release cannot be obtained from Mr. Gregory in sufficient time to collect the records from Centerstone. Counsel believes that the records can prove beneficial to Mr. Gregory at his detention and preliminary hearings. Mr. Gregory also intends to present witnesses from both Diersen Charities and Centerstone at the detention and preliminary hearings. Those witnesses' attendance must likely be secured through the service of subpoenas. Assistant U.S. Attorney William Deneke has been contacted and has no objection to a continuance of this matter for the reasons stated. Mr. Deneke is also available the afternoon of Monday, September 30, 2013.

WHEREFORE for these reasons, it is respectfully requested that the Court continue the detention and preliminary hearings until the afternoon of Monday, September 30, 2013, if convenient with the Court's docket.