IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:06-00110 |
| | ) | Judge Trauger |
| HAROLD DION GREGORY | ) | |
| | ) | |

**O R D E R**

A hearing was held on October 29, 2013 on the Petition to Revoke Supervision. (Docket No. 57) At the outset of the hearing, the parties announced an agreed disposition that is acceptable to the court. The defendant pled guilty to both violations set out in the Petition, and the court finds those violations **ESTABLISHED**. The defendant's supervised release is hereby **REVOKED**, and he is sentenced to serve six (6) months in the custody of the Bureau of Prisons, to run concurrently with any future time to be imposed in pending state cases. No additional period of supervision will follow this custody sentence.

The court recommends that the defendant receive mental health treatment while incarcerated.

It is so **ORDERED.**

Enter this 29th day of October 2013.

_____
ALETA A. TRAUGER
United States District Judge